**Robinson+Cole**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

March 26, 2024

> Letter-motion GRANTED. Defendant's response is due on **May 2, 2024**. The parties are reminded that the initial pretrial conference will take place on **May 1, 2024**, and the case management plan and joint letter are due by **April 24, 2024**. *See* Dkt. No. 13. The Clerk of Court is directed to terminate Dkt. No. 15.
>
> SO ORDERED. Date 3/27/2024
>
> *[signature]*
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

(*Via ECF*)
Hon. Margaret M. Garnett
United States District Judge
U.S. District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11201

Re:   *Norman Maurice Rowe, M.D., M.H.A., L.L.C., et. al. v. Oxford Health Insurance, Inc.*
Case No.: 1:23-cv-10344(MMG)

Dear Judge Garnett:

This office represents the Defendant Oxford Health Insurance, Inc. ("Oxford") in the above-referenced matter. We write pursuant to Rule I(B)(5) of Your Honor's Individual Rules & Practices to request a 30-day extension of the deadline for Oxford to respond to the Complaint from April 2, 2024 to and including May 2, 2024. Oxford was only served with the Summons and Complaint in this matter on March 14, 2024 and considering that the Complaint concerns medical claims on behalf of 21 different members of plans administered by Oxford, Oxford requires more time to locate the applicable claim documentation in order to provide a meaningful response to the Complaint. This is Oxford's first request for an extension of time to respond to the Complaint and Plaintiff consents to the relief requested herein.

I appreciate your attention to this matter.

Respectfully submitted,

*[signature]*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP