**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
NORMAN MAURICE ROWE, M.D. MHA LLC,
et al.,

Plaintiffs,

-against-

23 **CIVIL** 10344 (MMG)

# JUDGMENT

OXFORD HEALTH INS., INC.,

Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 1, 2026, Oxford's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
September 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**